UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN W,<br>　　　　　　Plaintiff,<br>　v.<br><br>PREMERA BLUE CROSS OF WASHINGTON et al.,<br>　　　　　　Defendants. | CASE NO. C24-0154-KKE<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court on Plaintiff's complaint, filed February 5, 2024. Dkt. No. 1. A defendant must be served within 90 days after the complaint is filed or else "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). As of the entry of this Order, Plaintiff has not filed proof or service or a waiver.

Accordingly, the Court ORDERS Plaintiff to show cause by July 8, 2024, as to why this matter should not be dismissed without prejudice for failure to timely effectuate service.

Dated this 28th day of June, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1