THE HONORABLE KYMBERLY K. EVANSON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

BRIAN W.,

    Plaintiffs,

vs.

PREMERA BLUE CROSS; and DOES 1 through 10,

    Defendant.

Case No. 2:24-cv-00154-KKE

**ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO COMPLAINT**

Pursuant to the parties' stipulation (Dkt. No. 21),

**IT IS SO ORDERED.**

Defendant PREMERA BLUE CROSS shall file their responsive pleadings to the Complaint (Dkt. 1) by Thursday, August 29, 2024.

DATED this 23rd day of July, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

**ORDER GRANTING JOINT STIPULATED MOTION
FOR EXTENSION
OF TIME FOR DEFENDANT TO FILE
RESPONSIVE PLEADING TO COMPLAINT – 1**