UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN W,<br>     Plaintiff,<br>  v.<br>PREMERA BLUE CROSS OF WASHINGTON et al.,<br>     Defendants. | CASE NO. C24-0154-KKE<br><br>ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME |

   This matter comes before the Court on the parties' stipulated motion to continue the deadline for filing dispositive motions. Dkt. No. 26. While the Court finds that the parties have shown good cause to continue this deadline, the Court requires a minimum of 120 days between the dispositive motion deadline and the trial date, and as such, cannot maintain the June 23, 2025 trial date with this extension. Dkt. No. 19 at 5.

   Accordingly, the motion is GRANTED IN PART and DENIED IN PART. Dkt. No. 26. Because the Court has found good cause for a continuance, all unexpired case deadlines (Dkt. No. 24) are VACATED. The parties are directed to jointly contact Courtroom Deputy Diyana Staples, at diyana_staples@wawd.uscourts.gov to identify a new trial date. A new case schedule will then be issued in accordance with the Court's standard scheduling order.

   Dated this 24th day of February, 2025.

                  Kymberly K. Evanson
                  United States District Judge