UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN W,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PREMERA BLUE CROSS OF WASHINGTON et al.,<br><br>　　　　　Defendants. | CASE NO. C24-0154-KKE<br><br>ORDER DENYING JOINT STIPULATED MOTION TO AMEND CASE SCHEDULE |

　　　　This matter comes before the Court on the parties' joint motion to amend the scheduling order. Dkt. No. 30. The parties request a dispositive motion briefing schedule wherein the motions would be ripe on August 28, 2025 and September 25, 2025. *Id.* at 2. The case is set for a one-day bench trial on September 29, 2025. Dkt. No. 28. The parties' proposed schedule does not allow sufficient time for the Court to consider the motions for summary judgment before trial. *See* Dkt. No. 29 at 6 (Court's standard offset dates require motions for summary judgment to be noted approximately 90 days before trial). Accordingly, the joint motion is DENIED without prejudice. Dkt. No. 30.

　　　　The parties may file another motion to amend the case schedule that allows sufficient time between the completion of dispositive motion briefing and trial. To the extent the parties seek to amend the trial date, they must contact the Courtroom Deputy Diyana Staples at

ORDER DENYING JOINT STIPULATED MOTION TO AMEND CASE SCHEDULE - 1

Diyana_Staples@wawd.uscourts.gov before requesting a continuance to ensure the Court's availability.

Dated this 30th day of May, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER DENYING JOINT STIPULATED MOTION TO AMEND CASE SCHEDULE - 2