THE HONORABLE KYMBERLY K. EVANSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BRIAN W.,

        Plaintiffs,

vs.

PREMERA BLUE CROSS; and DOES 1 through 10,

        Defendant.

Case No. 2:24-cv-00154-KKE

**ORDER GRANTING JOINT MOTION TO AMEND**

Based on the Parties' Joint Motion, and for good cause, the Parties' Joint Motion to Amend is GRANTED as follows:

| Dispositive Filing | New Deadline |
|---|---|
| Defendant's Opening Summary Judgment Brief | June 30, 2025 |
| Plaintiff's Opening Brief & Opposition | July 31, 2025 |
| Defendant's Opposition & Reply | August 28, 2025 |
| Plaintiff's Reply | September 25, 2025 |
| LCR 39.1 Settlement Conference held no later than | October 30, 2025 |
| Agreed LCR 16.1 Pretrial Order | January 19, 2026 |
| Trial briefs, joint brief on motions in limine, preliminary proposed findings of fact and conclusions of law, and deposition designations | January 26, 2026 |
| Trial | February 9, 2026 |

DATED this 2nd day of June, 2025.

_____
Kymberly K. Evanson
United States District Judge