UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN W., | CASE NO. C24-0154-KKE |
| Plaintiff(s), | ORDER ON JOINT STATUS REPORT REGARDING SEALING |
| v. | |
| PREMERA BLUE CROSS OF WASHINGTON, et al., | |
| Defendant(s). | |

On August 27, 2025, this Court denied Defendant Premera Blue Cross of Washington's ("Premera") motion to seal the administrative record (Dkt. No. 42), which Premera filed concurrently with its motion for summary judgment (Dkt. No. 45). *See* Dkt. No. 51. The Court held that, although the administrative record contained confidential health information that could be properly filed under seal, Premera had not identified a compelling reason to seal other documents in the record, including "copies of its health insurance policy" and "level of care guidelines that Premera used to deny the mental health claims at issue." *Id.* at 4. Additionally, Premera failed to comply with this District's local civil rules requiring Premera to meet and confer "with all other parties in an attempt to reach agreement on the need to file the document under seal[.]" *Id.* at 3; Local Rule W.D. Wash LCR 5(g)(3)(A). The Court directed the parties to file a joint status report by September 12, 2025, "with a proposal(s) for maintaining the confidential

ORDER ON JOINT STATUS REPORT REGARDING SEALING - 1

portions of the administrative record under seal and unsealing the portions of the record that do not contain confidential material." Dkt. No. 51 at 4–5.

Following the Court's direction, the parties filed a joint status report identifying 27 documents in Premera's previously filed administrative record that can be unsealed. Dkt. No. 61. The parties propose "that Premera refile the administrative record with the portions referenced" in the joint status report "on the public docket while refiling the remaining portions of the administrative record under seal by Friday, September 26, 2025." *Id.* at 4.

The Court agrees with the parties' designation of nonconfidential documents in the administrative record. Further, the Court finds compelling reasons for filing the remaining portions under seal. In particular, the remainder of the administrative record contains sensitive medical information pertaining to the mental health diagnosis and treatment of Plaintiff Brian W.'s minor son. There are no reasonable, less restrictive alternatives to filing these records under seal that would protect his son's privacy.

Consistent with the parties' proposal, the Court ORDERS Premera to refile the nonconfidential portions of the administrative record identified in the joint status report on the public docket and refile the remaining portions under seal by Friday, September 26, 2025. Because the entire administrative record will be refiled, the Court instructs the Clerk to maintain docket number 44 under seal.

Dated this 15th day of September, 2025.

Kymberly K. Evanson
United States District Judge