THE HONORABLE KYMBERLY K. EVANSON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

BRIAN W.,

          Plaintiffs,

    vs.

PREMERA BLUE CROSS; and DOES 1 through 10,

          Defendant.

Case No. 2:24-cv-00154-KKE

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO COMPLETE MEET AND CONFER AND SUBMIT PROPOSED JUDGMENT**

The Court, having considered the parties' Stipulation to Extend Deadline to Complete Meet and Confer and Submit Proposed Judgment, and finding good cause, hereby ORDERS as follows:

- The Parties deadline to submit a proposed judgment consistent with the terms of the order at Dkt. No. 82 is extended to April 17, 2026.

**IT IS SO ORDERED.**

DATED this 14th day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATION AND JOINT MOTION TO SET
BRIEFING SCHEDULE REGARDING AMOUNT AND FORM OF
JUDGMENT – 1
CASE NO. 2:24-cv-00154-KKE

*Presented by:*

KILPATRICK TOWNSEND & STOCKTON LLP

*By  /s/ Gwendolyn C. Payton*
Gwendolyn C. Payton, WSBA No. 26752
gpayton@ktslaw.com
1420 Fifth Ave., Suite 3700
Seattle, WA 98101
Telephone: (206) 626-7714
Facsimile: (206) 623-6793
Facsimile: (206) 623-6793

*Counsel for Defendant Premera Blue Cross of Washington*

DL LAW GROUP

By:   */s/ Katie Spielman (Per email authorization)*
Katie Spielman (Pro Hac Vice)
David Lilienstein (Pro Hac Vice)
345 Franklin Street
Email: katie@dllawgroup.com
Email: david@dllawgroup.com
San Francisco, CA 94102
Telephone: (415) 678-5050

LAW OFFICE OF PATRICK MAUSE PLLC

*By/s/ McKean J Evans (Per email authorization)*
McKean J Evans, WSBA No. 52750
LAW OFFICE OF PATRICK
MAUSE PLLC
9030 35TH AVE SW
SEATTLE, WA 98126
Email: mckean@pmauselaw.com
Telephone: (253) 237-4865

*Counsel for Plaintiff*

ORDER GRANTING STIPULATION AND JOINT MOTION TO SET
BRIEFING SCHEDULE REGARDING AMOUNT AND FORM OF
JUDGMENT – 2
CASE NO. 2:24-cv-00154-KKE

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946