UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN W.,<br>                    Plaintiff(s),<br><br>        v.<br><br>PREMERA BLUE CROSS OF<br>WASHINGTON, et al.,<br>                    Defendant(s). | CASE NO. C24-0154-KKE<br><br>ORDER ADOPTING JOINT SUBMISSION<br>OF PROPOSED JUDGMENT |

This matter came before the Court on the parties' joint submission of proposed judgment (Dkt. No. 97) following the Court's Order directing the parties to submit a new proposed judgment (Dkt No. 96). Consistent with that Order, the Court adopts the parties' submission and shall enter judgment as follows:

1.      The parties agree that Judgment shall be entered in favor of Plaintiff Brian W. and against Defendant Premera Blue Cross in the amount $306,390.42 in principal benefits and $89,202.65 in prejudgment interest calculated through June 9, 2026, for a total judgment of $395,593.07.

2.      If Judgment is entered after June 9, 2026, prejudgment interest shall continue to accrue at the rate of $39.51 per day.

3.      Post-judgment interest shall accrue as provided by 28 U.S.C. § 1961.

//

//

ORDER ADOPTING JOINT SUBMISSION OF PROPOSED JUDGMENT - 1

Dated this 9th day of June, 2026.

Kymberly K. Evanson
United States District Judge